```
                                          ✓ FILED      ___ LODGED
                                          ___ RECEIVED ___ COPY

1   TIMOTHY COURCHAINE                         JUL 2 9 2025
    United States Attorney
2   District of Arizona                    CLERK U S DISTRICT COURT
                                             DISTRICT OF ARIZONA
3   RAYNETTE M. LOGAN                     BY____KM____ Z DEPUTY
    Assistant United States Attorney
4   Arizona State Bar No. 016695
    Two Renaissance Square
5   40 N. Central Ave., Suite 1800
    Phoenix, Arizona 85004
6   Telephone: 602-514-7500
    Email: Raynette.Logan@usdoj.gov              REDACTED FOR
7   Attorneys for Plaintiff                    PUBLIC DISCLOSURE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-25-01082-PHX-DLR (DMF) |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | VIO: 18 U.S.C. §§ 1153 and 1111<br>(CIR-First Degree Premeditated Murder)<br>Count 1 |
| Deshawn Vavages, | 18 U.S.C. §§ 1153 and 113(a)(3)<br>(CIR-Assault with a Dangerous Weapon)<br>Count 2 |
| Defendant. | 18 U.S.C. §§ 1153 and 113(a)(6)<br>(CIR-Assault Resulting in Serious Bodily Injury)<br>Count 3 |
| | 18 U.S.C. § 924(c)(1)(A)<br>(Use of a Firearm During a Crime of Violence)<br>Count 4 |

THE GRAND JURY CHARGES:

## **COUNT 1**

On or about February 25, 2025, in the District of Arizona, within the confines of the Gila River Indian Community, Indian Country, Defendant DESHAWN VAVAGES, an Indian, did with premeditation and malice aforethought, unlawfully kill L.I.G.

In violation of Title 18, United States Code, Sections 1153 and 1111.

**COUNT 2**

On or about February 25, 2025, in the District of Arizona, within the confines of the Gila River Indian Community, Indian Country, Defendant DESHAWN VAVAGES, an Indian, did intentionally and knowingly assault L.I.G., with a dangerous weapon, a handgun, with intent to do bodily harm.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(3).

**COUNT 3**

On or about February 25, 2025, in the District of Arizona, within the confines of the Gila River Indian Community, Indian Country, Defendant DESHAWN VAVAGES, an Indian, did intentionally, knowingly and recklessly assault L.I.G., resulting in serious bodily injury.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(6).

**COUNT 4**

On or about February 25, 2025, in the District of Arizona, Defendant DESHAWN VAVAGES, did knowingly use, carry, brandish, and discharge a firearm during and in relation to a crime of violence, that is, First Degree Murder and Assault with a Dangerous Weapon, as alleged in Counts 1 and 2 of this Indictment, respectively, felonies prosecutable in a court of the United States.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

A TRUE BILL

*S/*
FOREPERSON OF THE GRAND JURY
Date: July 29, 2025

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*S/*
RAYNETTE M. LOGAN
Assistant U.S. Attorney